UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARASA AKRAM,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.: 3:26-cv-3882-CAB-MSB

**ORDER FOR STATUS REPORT**

Pending before the Court is Petitioner Marasa Akram's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 8 ("Petition").] By **September 4, 2026**, Respondents shall submit a status report on the efforts to remove Petitioner to Canada or the Democratic Republic of the Congo.

It is **SO ORDERED**.

Dated: August 7, 2026

Hon. Cathy Ann Bencivengo
United States District Judge