UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARASA AKRAM,

Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,

Respondents.

Case No.: 3:26-cv-3882-CAB-MSB

**ORDER PARTIALLY GRANTING JOINT MOTION TO VACATE ORDER TO SHOW CAUSE AND LIFT STAY OF REMOVAL**

[Doc. No. 12]

The Court previously ordered a status report regarding Respondents' efforts to remove Petitioner Marasa Akram to Canada or the Democratic Republic of the Congo. [Doc. No. 11.] The parties have now jointly moved to (1) vacate the Order for a status report; (2) confirm that Respondents may remove Petitioner from the United States to Canada during the pendency of this habeas action; and (3) order all current briefing deadlines to stay the same. [Doc. No. 12.]

///

///

///

///

///

The Court **PARTIALLY GRANTS** the motion such that (1) Respondents may remove Petitioner to Canada during the pendency of his habeas petition; and (2) the parties shall jointly file a report on the status of Petitioner's removal by **<u>September 4, 2026.</u>**

It is **SO ORDERED**.

Dated: August 24, 2026

Hon. Cathy Ann Bencivengo
United States District Judge