**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **Akram v. LaRose, et al.** Case Number: **26-cv-3882-CAB-MSB**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

Based on the parties' joint status report that Petitioner has been removed to Canada, the Court DISMISSES AS MOOT the Petition. The Clerk of the Court shall close the case.

Date: August 28, 2026 Initials: MS